UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PATRICK DELICES,

        Plaintiff,

    v.

        Case No. 18-cv-1839-bhl

BOARD OF REGENTS, et al.,

        Defendants.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties have filed a joint motion, ECF No. 92, to modify the scheduling order, ECF No. 46, requesting that time for fact discovery and for filing dispositive motions be extended to November 30, 2021. The Court finds that the parties showed good cause for the request.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **GRANTS** the Joint Motion for Modification of the Scheduling Order, ECF No. 92. Discovery is extended to **November 30, 2021**. Parties must file any dispositive motions on or before **November 30, 2021**.

Dated at Milwaukee, Wisconsin on October 25, 2021.

        s/ *Brett H. Ludwig*
        BRETT H. LUDWIG
        United States District Judge